DISTRICT OF

IN RE:                                           }                CASE NUMBER: 13-18784
                                                 }
                                                 }
                                                 }                JUDGE
                                                 }
DEBTOR: MICHAEL B                                }                CHAPTER 11
         SARACENO JR                             }

DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
FOR THE PERIOD
FROM   3-1-16   TO   3-31-16

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established
by the United States Trustee and FRBP 2015.

Dated: 6-27-16

                                                          MICHAEL McCRYSTAL
                                                          Attorney for Debtor

Debtor's Address                                 Attorney's Address
and Phone Number:                                and Phone Number:
4507 SCHEIDYS RD                                 2355 OLD POST RD #4
COPLAY, PA 18037                                 COPLAY, PA 18037
Tel. 610-442-7829                                Bar No.
                                                 Tel. 610-262-7873

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website.
http://www.justice.gov/ust/r20/index.htm
1)        Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)        Initial Filing Requirements
3)        Frequently Asked Questions (FAQs)

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month MARCH | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1,580.00 | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | 1,500.00 | |
| CHILDRENS HELP | | |
| **TOTAL RECEIPTS** | 3,080.00 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | 140.50 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | 3585 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | 3,725.00 | 3585 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | | |

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Debtor's Name: **MICHAEL B. SARACENO JR.**

Case Number: **13-18784**

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month **MARCH** | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | | |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | 3,080.00 | |
| Total Business Receipts | 6,250.00 | |
| Total Receipts | 9,330.00 | |
| Total Household Disbursements | 3585 | |
| Total Business Disbursements | 6,287.00 | |
| Total Disbursements | 9,872.00 | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -542.00 | |
| CASH- End of Month (Individual) | | |
| CASH- End of Month (Business) | | |

CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This **27** day of **June** 20 **16**

Debtor's Signature

Monthly Operating Report - Individual

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month MARCH | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | |
| | | |
| BUSINESS CASH RECEIPTS | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 5631.00 | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| Total Business Receipts | | |
| | | |
| BUSINESS CASH DISBURSEMENTS | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | 776.00 | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | 200.00 | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| MORTGAGES- TAXES- INS. | 5311.00 | |
| Total Business Disbursements | 6287.00 | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | | |

ATTACHMENT NO. _

## QUESTIONNAIRE

| | YES* | NO |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*If the answer to any of the above questions is "YES" provide a detailed explanation of each item on a separate sheet.

## INSURANCE INFORMATION

| | YES | NO* |
|---|---|---|
| Are real and personal property, vehicle auto, general liability, fire, theft, workers' compensation, and other necessary insurance coverages in effect? | | |
| Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY  and  CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |

Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance

*included in mortgage*

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

OPERATING REPORT.
INDIVIDUAL

ATTACHMENT NO. 2

BANK ACCOUNT RECONCILIATIONS    **ATTACHED**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank | *FIRST NIAGARA* | | | |
| Account Number | *0078062144 53* | | | |
| Purpose of Account (Business/Personal) | *DEBTOR ACCT* | | | |
| Type of Account (e.g. checking) | | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# FIRST NIAGARA

MICHAEL B SARACENO JR
DEBTOR IN POSSESSION
4507 SCHEIDYS RD
COPLAY PA 18037-2426

474 Statement Date:    03/18/16

Account Number:    7806214453
Deposit

*********************** Choice Checking   7806214453 ***********************
All Transactions by Date

| Date | Description | | Withdrawal | Deposit | Balance |
|------|------|------|------|------|------|
| 02/18 | Balance Forward -----------------------------------------> | | | | 9,059.31 |
| 02/19 | Check Num | 175 | 218.67- | | 8,840.64 |
| 02/20 | Deposit | | | 7,500.00 *Loan from wife* | 16,340.64 |
| 02/22 | Wire BNF: HCA CONSULTING | | 1,080.00- | | 15,260.64 |
| 02/22 | Wire Fee | | 25.00- | | 15,235.64 |
| 02/24 | Check Num | (178) *4th Quarter* | (650.00) | *US Trustee* | 14,585.64 |
| 02/29 | Withdrawal | | 8,896.65- | | 5,688.99 |
| 03/01 | CAPITAL ONE CARD ONLINE PMT | | 200.00- | | 5,488.99 |
| 03/01 | PPL ELECTRIC    ONLINE PMT | | 67.29- | | 5,421.70 |
| 03/01 | Deposit | | | 545.15 | 5,966.85 |
| 03/03 | UGI UTILITIES    ONLINE PMT | | 265.59- | | 5,701.26 |
| 03/03 | UGI UTILITIES    ONLINE PMT | | 243.24- | | 5,458.02 |
| 03/03 | PPL ELECTRIC    ONLINE PMT | | 154.85- | | 5,303.17 |
| 03/03 | PPL ELECTRIC    ONLINE PMT | | 114.30- | | 5,188.87 |
| 03/03 | Deposit | | | 1,356.00 | 6,544.87 |
| 03/04 | Deposit | | | 2,217.00 | 8,761.87 |
| 03/05 | Deposit | | | 1,500.00 | 10,261.87 |
| 03/07 | Check Num | 183 | 320.00- | | 9,941.87 |
| 03/08 | AETNA LIFE INSUR INS PYMT | | 140.49- | | 9,801.38 |
| 03/08 | Check Num | 181 | 714.86- | | 9,086.52 |
| 03/09 | TCS  TREAS 449   XXSOC SEC | | | 1,580.49 | 10,667.01 |
| 03/10 | Check Num | 185 | 21.13- | | 10,645.88 |
| 03/11 | Check Num | 184 | 1,091.11- | | 9,554.77 |
| 03/11 | Check Num | 187 | 67.07- | | 9,487.70 |
| 03/14 | Deposit | | | 400.00 | 9,887.70 |

Checks in Order

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|------|------|------|------|------|------|------|------|------|
| 02/19 | 175 | 218.67 | 03/07 | 183* | 320.00 | 03/11 | 187* | 67.07 |
| 02/24 | 178* | 650.00 | 03/11 | 184 | 1,091.11 | | | |
| 03/08 | 181* | 714.86 | 03/10 | 185 | 21.13 | | | |

(*) Check Numbers Missing

MICHAEL B SARACENO JR
DEBTOR IN POSSESSION
4507 SCHEIDYS RD
COPLAY PA 18037-2426

474 Statement Date:      03/18/16

Account Number:      7806214453
        Deposit

*********************** Choice Checking    7806214453 ***********************

Account Summary

| Beginning Balance | + | Deposits | Interest + Paid | - | Withdrawals | Service - Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 9,059.31 | | 15,098.64 | .00 | | 14,270.25 | .00 | | 9,887.70 |

Statement from 02/19/16 Thru 03/18/16

*************Summary of Deposit Accounts *************************************

| AP | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY |
|---|---|---|---|---|---|
| -10 37 | 7806214453 | 9,887.70 | | | |

**This account reconciliation form is provided to help you balance your statement and your account register. It's easy to use.**

- In your account register, mark off each deposit, withdrawal, and check reported in this statement.
- Be sure to write all transfers in your account register, including automatic deposits, automatic payments, or transfers you made between accounts.
- Be sure to add interest or dividends that you earned as listed in the statement.

1. Your ending balance from this statement ................................................................... 1. $ _____

2. List deposits and credits that are not listed on this statement ...........................................

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | | 2. $ _____

3. Subtotal by adding 1 and 2 ........................................................................ 3. $ _____

4. List outstanding checks, transfers, withdrawals, or purchases that do not appear on this statement.

| Check # | Amount | Check # | Amount |
|---------|--------|---------|--------|
| | | | |
| | | | |
| | | | |
| | | | |

Total amount of    4. $ _____

5. Subtract 4 from 3. This should match your checkbook register balance ............................... 5. $ _____

If your account does not balance — check the following carefully.

☐ Have you correctly entered the amount of each check/debit in your account register?
☐ Do the amounts of your deposits entered in your checkbook agree with your statement?
☐ Have all checks been deducted from your checkbook balance?
☐ Have you deducted all bank charges from your checkbook balance?

☐ Have you added interest earned on your account?
☐ Have you entered the correct balance forward from one checkbook stub to the next?
☐ Have you checked all additions and subtractions in your checkbook?

### THE FOLLOWING INFORMATION APPLIES TO YOUR DEPOSIT ACCOUNTS:

*In Case of Errors or Questions About Your Electronic Transfers*
Telephone us at (716) 625-7600 or 1-800-421-0004 or
Write us at First Niagara Bank, Deposit Operations Dept.,
P.O. Box 886, Lockport, NY 14095-0886.

as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### THE FOLLOWING INFORMATION APPLIES TO YOUR LINE OF CREDIT ACCOUNT:

MINUS SYMBOL. On the front of this statement, the symbol "-" indicates a payment, other credit or credit balance.

COMPUTATION OF PERIODIC RATE FINANCE CHARGE. The PERIODIC RATE FINANCE CHARGE may be determined by multiplying the AVERAGE DAILY BALANCE first by the DAYS THIS PERIOD and then by the DAILY PERIODIC RATE. We computed the AVERAGE DAILY BALANCE as follows: (a) we computed all outstanding advances at the end of each day in the billing cycle covered by this statement by adding to the balance of your account at the beginning of that day all outstanding advances posted to your account that day and subtracting from that balance all payments and other credits posted to your account that day and all periodic rate finance charges, charges for group credit life insurance and other charges included in that balance after the application of the payments and other credits to items included in that balance, and (b) we added all outstanding advances at the end of all the days in the billing cycle and divided the total by the DAYS THIS PERIOD.

CREDITING OF PAYMENTS. To ensure that your payment is credited to your account the same day we receive it, it must be (a) made in United States funds in cash delivered in person or by check or money order payable to our order, (b) accompanied by the payment stub included with this statement and (c) received by us at any of our offices by 2:00 p.m. on any day Monday through Friday that is not a legal holiday.

DISPUTED AMOUNT. You are not required to pay any specific amount you have properly reported to us as disputed pending our compliance with applicable law.

### BILLING RIGHTS SUMMARY
*In Case of Errors or Questions About Your Bill*

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at First Niagara Bank, Attention: Loan Servicing, P.O. Box 514, Lockport, NY 14095-0514, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at (716) 625-7600 or 1-800-421-0004, but doing so will not preserve your rights. In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# MARCH

# PAYING BACK DEBTS

DATE

3-2-16

## PAYEES

| | |
|---|---|
| DEPT. OF LABOR | $1091.12 |
| BARKLEYS BANK | $ 21.13 |
| BANK OF AMERICA | $ 131.34 |
| CHASE | $ 85.15 |
| | $ 1328.74 |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

CASH DISBURSEMENTS DETAILS - HOUSEHOLD

Name of Bank
Account Number
Purpose of Account (Personal)
Type of Account (e.g. Checking)

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT
HOSPITAL

ATTACHMENT NO. 5A

CASH DISBURSEMENTS DETAILS - BUSINESS

Name of Bank
Account Number
Purpose of Account (Business)
Type of Account (e.g., Checking)                    OPERATING

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUMMARY OF OPERATING REPORT - INDIVIDUAL

| ACCOUNTS RECEIVABLE RECONCILIATION (from a post-Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or Write-Offs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (from a post-Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| Total Accounts Receivable** | | |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero.

* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit