## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF _____

IN RE:

}
}                    CASE NUMBER: 13-18784
}
}                    JUDGE
DEBTOR. MICHAEL B            }
     SARACENO JR    }        CHAPTER 11

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM    4-1-16    TO    4-30-16

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 6-27-16

MICHAEL McCRYSTAL
Attorney for Debtor

Debtor's Address
and Phone Number:
4509 SCHEIDYS RD
COPLAY, PA. 18037
Tel. 610-442-7829

Attorney's Address
and Phone Number:
2355 OLD POST RD #4
COPLAY, PA. 18037
Bar No.
Tel. 610-262-7873

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month APRIL | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1580.00 | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | 1500.00 | |
| CHILDRENS HELP | | |
| **TOTAL RECEIPTS** | 3080.00 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | 80.00 | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | 140.00 | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | 3585 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| **Total Household Disbursements** | 3805.00 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | | |

Monthly Operating Report - Individual

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: **MICHAEL B. SARACENO JR.**

Case Number: **13-18784**

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month **APRIL** | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | | |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | 3080.00 | |
| Total Business Receipts | 6250.00 | |
| Total Receipts | 9330.00 | |
| Total Household Disbursements | 3805.00 | |
| Total Business Disbursements | 5611.00 | |
| Total Disbursements | 9416.00 | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -86.00 | |
| CASH- End of Month (Individual) | | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This **27** day of **June** , 20 **16** .

_____
Debtor's Signature

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month APRIL | Cumulative Total |
|---|---|---|
| CASH – Beginning of Month |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income | 6250.00 |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| Total Business Receipts | 6250.00 |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance | 300.00 |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) MORTGAGES INS. & TAXES | 5311.00 |  |
| Total Business Disbursements | 5611.00 |  |
| CASH – End of Month (Must equal reconciled bank statement - Attachment No. 2) |  |  |

ATTACHMENT NO. ?

## QUESTIONNAIRE

| | YES* | NO |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business during this reporting period? | | |
| Have any funds been disbursed from any account other than a debtor in possession account? | | |
| Are any amounts owed to pre-petition creditors, taxes, or loans due, from any relatives, insiders, or related party? | | |
| Have any payments been made on pre-petition liabilities this reporting period? | | |
| Have any post-petition loans been received by the debtor from any party? | | |
| Are any post-petition payroll taxes past due? | | |
| Are any post petition state or federal income taxes past due? | | |
| Are any post-petition state or local sales taxes past due? | | |
| Are any post-petition real estate taxes past due? | | |
| Are any amounts owed to post-petition creditors/vendors delinquent? | | |
| Are any wage payments past due? | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

## INSURANCE INFORMATION

| | YES | NO* |
|---|---|---|
| Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |

Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance

## DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT -
INDIVIDUAL)

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS    **ATTACHED**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank FIRST NIAGARA | | | | |
| Account Number 009706214453 | | | | |
| Purpose of Account (Business/Personal) DEBTOR ACCT | | | | |
| Type of Account (e.g. checking) | | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# FIRST NIAGARA

MICHAEL B SARACENO JR
DEBTOR IN POSSESSION
4507 SCHEIDYS RD
COPLAY PA 18037-2426

474 Statement Date:    04/18/16

Account Number:    7806214453
Deposit

*********************** Choice Checking    7806214453 ***********************

All Transactions by Date

| Date | Description | Withdrawal | Deposit | Balance |
|------|-------------|-----------:|--------:|--------:|
| 03/18 | Balance Forward ------------------------------------> | | | 9,887.70 |
| 03/22 | CAPITAL ONE CARD ONLINE PMT | 300.00- | | 9,587.70 |
| 03/30 | Deposit | | 1,000.00 | 10,587.70 |
| 03/30 | Withdrawal | 8,896.65- | | 1,691.05 |
| 04/04 | Deposit | | 1,970.00 | 3,661.05 |
| 04/05 | Deposit | | 1,442.00 | 5,103.05 |
| 04/05 | Check Num      179 | 1,078.00- | | 4,025.05 |
| 04/07 | AETNA LIFE INSUR INS PYMT | 140.49- | | 3,884.56 |
| 04/08 | Deposit | | 2,221.00 | 6,105.56 |
| 04/09 | Deposit | | 700.00 | 6,805.56 |
| 04/11 | CHASE          CHECK PYMT | 85.15- | | 6,720.41 |
|       | Check Number:      189 | | | |
| 04/11 | Check Num      180 | 397.33- | | 6,323.08 |
| 04/12 | Check Num      194 | 72.96- | | 6,250.12 |
| 04/13 | TCS  TREAS 449    XXSOC SEC | | 1,580.49 | 7,830.61 |
| 04/13 | Deposit | | 600.00 | 8,430.61 |
| 04/13 | Check Num      191 | 26.82- | | 8,403.79 |
| 04/13 | Check Num      190 | 18.86- | | 8,384.93 |
| 04/14 | Deposit | | 500.00 | 8,884.93 |
| 04/18 | Deposit | | 725.00 | 9,609.93 |

Checks in Order

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|------|--------|-------:|------|--------|-------:|------|--------|-------:|
| 04/05 | 179 | 1,078.00 | 04/13 | 190* | 18.86 | 04/12 | 194* | 72.96 |
| 04/11 | 180 | 397.33 | 04/13 | 191 | 26.82 | | | |

(*) Check Numbers Missing

Account Summary

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|------------------:|---|---------:|---|--------------:|---|------------:|---|---------------:|---|---------------:|
| 9,887.70 | | 10,738.49 | | .00 | | 11,016.26 | | .00 | | 9,609.93 |

Statement from 03/19/16 Thru 04/18/16

PAYING DEBTS

DATE

4-3-16

PAYEES

DISCOVER CARD        $ 18.86

BARKLEY BANK         $ 26.82

BANK OF AMERICA      $ 166.75
SMALL BUS. ADM

SUSQUEHANNA BANK     $ 416.89

WELLS FARGO          $ 72.91

                     $ 702.43

MONTHLY OPERATING REPORT -
(INDIVIDUAL)                                                    ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Debtor's Name |  |
| --- | --- |
| Account Number |  |
| Purpose of Account (Personal) |  |
| Type of Account (e.g., Checking) |  |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | TOTAL $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 5B

## CASH DISBURSEMENTS DETAILS – BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | OPERATING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT –
INDIVIDUAL

ATTACHMENT NO. 4

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post-Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs | | |
| Accounts Receivable Ending Balance* | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post-Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| Total Accounts Receivable** | | |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero.

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.