```
 1   Michael J. McCrystal, Esquire
     2355 Old Post Rd., STE. 4
 2   Coplay, PA 18037
     (610) 262-7873
 3
     Attorney for Plaintiff
 4
              IN THE UNITED STATES BANKRUPTCY COURT
 5           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                        READING DIVISION
 6
          _____
 7        IN RE:                              13-18784-ref
          Michael B. Saraceno,
 8        Jr.                                 CERTIFICATE OF SERVICE
                   Debtor
 9
10
11
12        AND NOW, this 28th day of September 2016, the undersigned
13   certifies that he did serve via ECF and/or via United States
14   Mail, Postage Prepaid,  a copy of the Debtor's Motion to
15   Administratively Close Chapter 11 upon the following named
16   persons:
17
18   Joseph P. Schalk, Esquire      Office of the US Trustee
19   Phelan, Hallinan, Diamond &    833 Chestnut Street
20   Jones LLP                      Fifth Floor
21   126 Locust Street              Philadelphia, PA 19107
22   Harrisburg, PA 17101
23
24
25
26
27
28
```

| | | |
|---|---|---|
| 1 | Portnoff Law Associates | Standing Chappter 13 Trustee |
| 2 | 1000 Sandy Hill Rd. STE 150 | 2901 St. Lawrence Avenue |
| 3 | Norristown, PA 19401 | PO Box 4010 |
| 4 | | Reading, PA 19606 |
| 5 | | |
| 6 | Discover Bank | Green Tree Servicing LLC |
| 7 | DB Servicing Corp. | PO Box 0049 |
| 8 | PO Box 3025 | Palatine, IL 60055-0049 |
| 9 | New Albany, OH 43054 | |
| 10 | | |
| 11 | Altair OH XIII, LLC | Nationstar Mortgage LLC |
| 12 | c/o Weinstein & Riley PS | c/o Weinstein, Pinson and Reilly |
| 13 | 2001 Western Ave, STE 400 | 2001 Western Avenue, STE 400 |
| 14 | Seattle, WA 98121 | Seattle, WA 98121 |
| 15 | | |
| 16 | Wells Fargo Bank NA | Susquehanna Bank |
| 17 | 1 Home Campus | c/o Shawn M. Long, Esquire |
| 18 | MAC X2303-01A | Barley Synder LLP |
| 19 | Des Moines, IA 50328 | 50 N. 5th Street |
| 20 | | PO Box 942 |
| 21 | | Reading, PA 19603 |
| 22 | | |
| 23 | City of Allentown | Bank of America |
| 24 | 435 W. Hamilton Street | 16001 North Dallas Pky |
| 25 | Allentown, PA 18101 | Addison, TX 75006 |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Chase Mortgage | Lehigh County TCB |
| 2 | c/o McCabe, Weisberg and Conway | 17 North 7th Street |
| 3 | 123 S. Broad Street, STE 1400 | Allentown, PA 18101 |
| 4 | Philadelphia, PA 19109 | |
| 5 | | |
| 6 | Parkland SD | Bank of America |
| 7 | Attn.: Alvin Thompson | PO Box 982238 |
| 8 | 2814 Walbert Avenue, Unit 3 | El Paso, TX 79998 |
| 9 | Allentown, PA 18104 | |
| 10 | | |
| 11 | Capital One | Barclays Bank of Delaware |
| 12 | PO Box 30281 | PO Box 8803 |
| 13 | Salt Lake City, UT 84130 | Wilmington, DE 19899 |
| 14 | | |
| 15 | CH Hospital of Allentown | Chase |
| 16 | 1503 N. Cedar Crest Blvd | PO Box 15298 |
| 17 | Allentown, PA 18104 | Wilmington, DE 19899 |
| 18 | | |
| 19 | City of Allentown | Commonwealth of Pennsylvania |
| 20 | c/o Portnoff Law Associates | Bureau of Individual Taxes |
| 21 | PO Box 351 | Dept 280432 |
| 22 | Norristown, PA 19404 | Harrisburg, PA 17128 |
| 23 | | |
| 24 | Discover | Home Depot Credit Services |
| 25 | PO Box 30943 | attn.: Bankruptcy Dept. |
| 26 | Salt Lake City, UT 84130 | PO Box 790328 |
| 27 | | St. Louis, MO 63178 |
| 28 | | |

| | |
|---|---|
| Internal Revenue Service | PPL Electric Utilities |
| Department of Treasury | 2 North 9th Street |
| PO Box 8208 | Allentown, PA 18101 |
| Philadelphia, PA 19101 | |
| | |
| Sacred Heart Hospital | Springleaf Financial Co. |
| 421 Chew Street | 1253 Airport Road |
| Allentown, PA 18102 | Allentown, PA 18109 |
| | |
| Sprint | Vericrest |
| 5959 Corporate Drive, STE 1400 | PO Box 24610 |
| Houston, TX  77036 | OKC, OK 73124 |

Dated: September 28, 2016

By /s/ Michael J. McCrystal

Michael J. McCrystal, Esquire
2355 Old Post Road, STE. 4
Coplay, PA 18037
(610) 262-7873