United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael B. Saraceno, Jr.  
      Debtor

Case No. 13-18784-ref  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Nov 01, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.  
db          +Michael B. Saraceno, Jr.,    4507 Scheidys Road,    Coplay, PA 18037-2426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

         ALEXANDRA T. GARCIA    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., ecfmail@mwc-law.com  
         ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association ecfmail@mwc-law.com  
         ANTHONY ST. JOSEPH    on behalf of Defendant    US Small Business Administration anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov  
         CARLA A. K. JAROSZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. CarlaJ@w-legal.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association ecfmail@mwc-law.com  
         CHRISOVALANTE FLIAKOS    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com  
         CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com  
         DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov  
         DAVID NEEREN    on behalf of Creditor    BANK OF AMERICA, N.A. dneeren@udren.com, vbarber@udren.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, Public Asset Management, Inc., Assignee of Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
         JEROME B. BLANK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com  
         JOSEPH PATRICK SCHALK    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC. paeb@fedphe.com  
         JOSEPH PATRICK SCHALK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com  
         JOSEPH PATRICK SCHALK    on behalf of Creditor    Caliber Home Loans, INC Et al. paeb@fedphe.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com  
         MICHAEL J. MCCRYSTAL    on behalf of Plaintiff Michael B. Saraceno, Jr. mccrystallaw@gmail.com, sueparalegal@gmail.com  
         MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael B. Saraceno, Jr. mccrystallaw@gmail.com, sueparalegal@gmail.com  
         SHAWN M. LONG    on behalf of Creditor    Susquehanna Bank slong@barley.com, jrachor@barley.com;cbrelje@barley.com;jhudson@barley.com;kcunneen@barley.com;ashirk@barley.com;tshober@barley.com  
         SHERRI J. BRAUNSTEIN    on behalf of Creditor    BANK OF AMERICA, N.A. sbraunstein@udren.com, vbarber@udren.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 23

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **MICHAEL B. SARACENO, JR** : | BK. No. 13-18784 REF |
| **Debtors** : | |
| : | Chapter No. 11 |
| **CALIBER HOME LOANS, INC.** : | |
| **Movant** : | |
| v. : | |
| **MICHAEL B. SARACENO, JR** : | |
| and : | |
| **UNITED STATES TRUSTEE, ESQUIRE** : | |
| **(TRUSTEE)** : | |
| **Respondents** : | |
| : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, upon Motion of **CALIBER HOME LOANS, INC.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4500 SCHEIDYS ROAD, COPLAY, PA 18037-2425(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: November 1, 2016**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

UNITED STATES TRUSTEE,
ESQUIRE (TRUSTEE)
OFFICE OF THE U.S. TRUSTEE, 833
CHESTNUT STREET, STE 500
PHILADELPHIA, PA 19107

THE UNITED STATES OF AMERICA C/O THE
UNITED STATES ATTORNEY FOR THE EASTERN
DISTRICT OF PA
615 CHESTNUT STREET, SUITE 1250
PHILADELPHIA, PA 19106-4404

MICHAEL J MCCRYSTAL,
ESQUIRE
2355 OLD POST RD, SUITE 4
COPLAY, PA 18037

MICHAEL B. SARACENO, JR
4507 SCHEIDYS ROAD
COPLAY, PA 18037-2426

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107