United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-18784-ref
Michael B. Saraceno, Jr.                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 3              Date Rcvd: Jan 03, 2017
                              Form ID: pdf900           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
```
db          +Michael B. Saraceno, Jr.,    4507 Scheidys Road,    Coplay, PA 18037-2426
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr          +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
              651 Boas Street, Room 702,    Harrisburg, PA 17121-0700
cr          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: NATIONSTAR MORTGAGE, LLC.,      PO Box 630267,    Irving, TX  75063)
cr           Susquehanna Bank,    Barley Snyder LLP,    c/o Shawn M. Long,    50 North Fifth Street,
              P.O. Box 942,    Reading, PA  19603-0942
cr          +Wilmington Trust, National Association,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
              Dallas, TX 75261-9096
13316278    +Allentown School District, Public Asset Management,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
13163877    +BAC Home Loans,    450 American Street #SV416,    Simi Valley, CA 93065-6285
13163878    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,      PO Box 982238,    El Paso, TX  79998)
13163880    +BArclays Bank Of Delawre,    PO Box 8803,    Wilmington, DE 19899-8803
13270915    +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13651182    +Branch Banking and Trust Company,,    successor in interest to,    Susquehanna Bank,
              50 N. 5th St.,    PO Box 942,    Reading, PA 19603-0942
13163881    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,      P.O. Box 85520,    Richmond, VA  23285)
13163882    +CH Hospital Of Allentown,    1503 N. Cedar Crest Blvd,    Allentown, PA 18104-2310
13247862    +Caliber Home Loans, INC.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13163883    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13163884    +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13163885    +Citi,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13163886    +City Of Allentown,    C/O Portnoff Law Associates,    POB 351,    Norristown, PA 19404-0351
13237372    +City of Allentown,    435 W. Hamilton St., Room 217,    Allentown, PA 18101-1603
13163887    +Commonwealth Of Pennsylvania,    Bureau Of Individual Taxes,    PO Box 280432,
              Harrisburg, PA 17128-0432
13568388    +Commonwealth of Pennsylvania,    Office of Unemployment Comp. Tax Service,    Attn: Linda Mitten,
              651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13163889    +Court Of Common Pleas For Lehigh County,    Case No 2011-N-0846,    455 W. Hamilton Street,
              Allentown, PA 18101-1602
13567758    +Department of Labor and Industry  UCTS,    Commonwealth of PA,    Attn: Linda Mitten,
              651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13163891    +Home  Depot Credit Services,    Attn.: Bankruptcy Department,    PO Box 790328,
              St. Louis, MO 63179-0328
13273447    +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13502704    +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
              Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13279281    +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
              700 Kansas Lane,    Monroe, LA 71203-4774
13194796    +Nationstar Mortgage, LLC,    C/O: Weinstein, Pinson & Riley, PS,    2001 Western Ave, Suite 400,
              Seattle, WA 98121-3132
13163894    +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
13163895    +Sacred Hospital,    Attn.: Cashier,    421 Chew Street,    Allentown, PA 18102-3490
13163897    +Sprint,    5959 Corporate Drive, STE 1400,    Houston, TX 77036-2311
13221929     Susquehanna Bank Successor to,    Susquehanna Patriot Bank,
              c/o Shawn M. Long, Esq., Barley Snyder L,    50 North 5th St., P.O. Box 942,
              Reading, PA 19603-0942
13221927     Susquehanna Bank Successor to Patriot Bank,    c/o Shawn M. Long, Esq.,    Barley Snyder LLP,
              50 North 5th St., P.O. Box 942,    Reading, PA 19603-0942
13163899    +Vericrest,    PO Box 24610,    Oklahoma City, OK 73124-0610
13207060     WELLS FARGO BANK N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
13163900    +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
13498846    +Wilmington Trust, National Association et al.,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
              Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Jan 04 2017 01:59:29     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: cio.bncmail@irs.gov Jan 04 2017 01:59:18      Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA  19101-7346
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2017 01:59:26
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 04 2017 01:59:30      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-4           User: Angela              Page 2 of 3                   Date Rcvd: Jan 03, 2017
                               Form ID: pdf900           Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13192716        +E-mail/Text: bncmail@w-legal.com Jan 04 2017 01:59:29      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13163890         E-mail/Text: mrdiscen@discover.com Jan 04 2017 01:59:16      Discover,    P.O. Box 30943,
                 Salt Lake City, UT   84130
13171153         E-mail/Text: mrdiscen@discover.com Jan 04 2017 01:59:16      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13190312         E-mail/Text: bankruptcy.bnc@ditech.com Jan 04 2017 01:59:19      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13190313        +E-mail/Text: bankruptcy.bnc@ditech.com Jan 04 2017 01:59:19      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13163896         E-mail/PDF: cbp@onemainfinancial.com Jan 04 2017 01:54:54      Springleaf Financial Services,
                 1253 Airport Road,    Allentown, PA  18109
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Allentown School District, Public Asset Management,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13163879*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    P.O. Box 982238,    El Paso, TX  79998)
13651183*       +Branch Banking and Trust Company,,     successor in interest to,    Susquehanna Bank,
                 50 N. 5th St.,    P.O. Box 942,    Reading, PA 19603-0942
13651184*       +Branch Banking and Trust Company,,     successor in interest to,    Susquehanna Bank,
                 50 N. 5th St.,    P.O. Box 942,    Reading, PA 19603-0942
13163893*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NationStar Mortgage,    Attn.: Bankruptcy Dept,    350 Highland Drive,
                 Lewisville, TX  75067)
13163892*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX  75067)
13163888        ##+Convergent Outsourcing,    10750 Hammerly Blvd #200,    Houston, TX 77043-2317
13163898        ##+Susquehanna Bank,    Customer Service Center,    26 North Cedar Street,    Lititz, PA 17543-1514
                                                                                             TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2016 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.
               paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, INC Et al. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              ANTHONY ST. JOSEPH    on behalf of Defendant    US Small Business Administration
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov
              CARLA A. K. JAROSZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. CarlaJ@w-legal.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
```

```
District/off: 0313-4          User: Angela              Page 3 of 3              Date Rcvd: Jan 03, 2017
                              Form ID: pdf900           Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pabk@logs.com
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          DAVID  NEEREN    on behalf of Creditor    BANK OF AMERICA, N.A. dneeren@udren.com,
           vbarber@udren.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, Public Asset Management,
           Inc., Assignee of Allentown School District jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
          JEROME B. BLANK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, N.A.,
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          MICHAEL J. MCCRYSTAL    on behalf of Plaintiff Michael B. Saraceno, Jr. mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael B. Saraceno, Jr. mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          SHAWN M. LONG    on behalf of Creditor    Susquehanna Bank slong@barley.com,
           jrachor@barley.com;cbrelje@barley.com;jhudson@barley.com;kcunneen@barley.com;tshober@barley.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    BANK OF AMERICA, N.A. sbraunstein@udren.com,
           vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 24
```

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| MICHAEL B. SARACENO, JR., | : | BANKR. NO. 13-18784REF |
| | : | |
| Debtor. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The United States trustee has filed **a Motion to Dismiss or Convert to Chapter 7** with the Court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    The Madison, Suite 300
    400 Washington Street
    Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Dave P. Adams, Trial Attorney
    Office of the U.S. Trustee
    833 Chestnut Street, Suite 500
    Philadelphia, PA   19107
    Telephone:   (215) 597-4411/Fax: (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **January 19, 2017, at 11:00 a.m. in Courtroom #1**, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading PA 19601.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:   December 30, 2016.