United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 13-18784-ref
Michael B. Saraceno, Jr.                                                            Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 1              Date Rcvd: May 12, 2017
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
13279281       +JPMorgan Chase Bank, National Association,   Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., ecfmail@mwc-law.com
      ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
      ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
                FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.
                paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, INC Et al. paeb@fedphe.com
      ANTHONY  ST. JOSEPH    on behalf of Defendant    US Small Business Administration
                anthony.stjoseph@usdoj.gov,  mardella.suarez@usdoj.gov
      CARLA A. K. JAROSZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. CarlaJ@w-legal.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
      CHRISOVALANTE   FLIAKOS    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
      CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
      DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
      DAVID   NEEREN    on behalf of Creditor    BANK OF AMERICA, N.A. dneeren@udren.com,
                vbarber@udren.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
                ecf_frpa@trustee13.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, Public Asset Management,
                Inc., Assignee of Allentown School District jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
      JEROME B. BLANK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, N.A.,
                bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
                ecf_frpa@trustee13.com
      MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
      MICHAEL J. MCCRYSTAL    on behalf of Plaintiff Michael B. Saraceno, Jr. mccrystallaw@gmail.com,
                sueparalegal@gmail.com
      MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael B. Saraceno, Jr. mccrystallaw@gmail.com,
                sueparalegal@gmail.com
      SHAWN M. LONG    on behalf of Creditor    Susquehanna Bank slong@barley.com,
                jrachor@barley.com;cbrelje@barley.com;jhudson@barley.com;kcunneen@barley.com;tshober@barley.com
      SHERRI J. BRAUNSTEIN    on behalf of Creditor    BANK OF AMERICA, N.A. sbraunstein@udren.com,
                vbarber@udren.com
      THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., tpuleo@kmllawgroup.com,
                bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                       TOTAL: 24

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-18784-ref
Chapter 11

In re: Debtor(s) (including Name and Address)

Michael B. Saraceno, Jr.
4507 Scheidys Road
Coplay PA 18037

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/10/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 15: JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail code LA4, 700 Kansas Lane, Monroe, LA 71203 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/14/17

Tim McGrath
**CLERK OF THE COURT**