B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _MICHAEL B SARACENO Jr._

Debtor

Case No. _13-18784_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _APRIL 2017_

Line of Business: _RENTALS_

Date filed: _June 1, 2017_

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Richard B Cander_

Original Signature of Responsible Party

_MICHAEL B SARACENO JR._

Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐  ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐  ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☑  ☐

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐  ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐  ☑

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 11,230 ~~490.00~~

#### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ —

Cash on Hand at End of Month  $ —

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL**  $ —

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 11,114.77

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $

*(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH**  $ 115.23

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

LUGINA CALLOWAY  4000.00
EDDY VASQUEZ    1600.00

TOTAL RECEIVABLES  $ 5600.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   N/A

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?   $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?   $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?   $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                    $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                   $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

KeyBank
P.O. Box 93885
Cleveland, OH  44101-5885

*Key Express Checking Statement*

*April 18, 2017*

31          T  0474 0000 R 52 AO

MICHAEL B SARACENO JR
DEBTOR IN POSSESSION
4507 SCHEIDYS RD
COPLAY PA 18037-2426

*Questions about your account?*
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*
*KeyBank National Association*
*P.O. Box 94825*
*Cleveland, Ohio  44101*

---

*Get less mail and enroll in Online Statements today!*

---



## Key Express Checking

Account number:  7806214453

Account title:  *MICHAEL B SARACENO JR*
*DEBTOR IN POSSESSION*

| | |
|---|---|
| Balance on Mar 16, 2017 | $9,509.11 |
| Additions | |
| Deposits | 10,324.45 |
| Deductions | |
| Withdrawals | 10,309.37 |
| Checks paid | 871.82 |
| Balance on  Apr 18, 2017 | $8,652.37 |

# Deposits

| Date | Description | Amount |
|---|---|---|
| 3-27 | Deposit    Branch 0474 Pennsylvania | $950.00 |
| 3-31 | Deposit    Branch 0474 Pennsylvania | 600.00 |
| 4-3 | Deposit    Branch 0474 Pennsylvania | 4,128.75 |
| 4-5 | Deposit    Branch 0474 Pennsylvania | 1,474.00 |
| 4-7 | Deposit    Branch 0474 Pennsylvania | 520.00 |
| 4-12 | Direct Deposit,    Ssa  Treas 310  Xxsoc Sec | 1,851.70 |
| 4-13 | Deposit    Branch 0474 Pennsylvania | 800.00 |
| Total | | $10,324.45 |

*Key Express Checking*
*Statement*

*April 18, 2017*

## Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 3-17 | E-Check# 0000000279 Chase Credit Crd Chkpaymt | $85.15 |
| 3-22 | Bill Pay:Pennsylvania Power 758200 Fb29Wwav | 41.08 |
| 3-22 | Bill Pay:Capital One Bank   517805 Kbp9Xwav | 100.00 |
| 3-22 | Bill Pay:Pennsylvania Power 249601 7Bi9Mwav | 120.26 |
| 3-22 | Bill Pay:Pennsylvania Power 906956 Kbv9Mwav | 141.99 |
| 3-22 | Bill Pay:Ugi Utilities, Inc 514812 Obm9Wwav | 172.82 |
| 3-22 | Bill Pay:Ugi Utilities, Inc 514812 Lb79Wwav | 182.38 |
| 3-31 | Withdrawal Branch 0474 Pennsylvania | 9,165.45 |
| 4-4 | Bill Pay:Capital One Bank   517805 1Bm9Mnr9 | 156.66 |
| 4-7 | Direct Withdrawal, Aetna Life Insurins Pymt | 143.58 |
| Total | | $10,309.37 |

## Checks paid          *Indicates a break in numeric sequence*

| Number | Date | Trace ID | Amount | | Number | Date | Trace ID | Amount |
|--------|------|----------|--------|--|--------|------|----------|--------|
| 277 | 3-23 | 61136626 | $26.82 | | * 284 | 3-24 | 28240448 | 75.80 |
| 278 | 3-21 | 61847792 | 166.75 | | 285 | 4-17 | 65352400 | 25.00 |
| * 281 | 3-22 | 65673363 | 18.66 | | 286 | 4-17 | 61049660 | 141.90 |
| 282 | 3-22 | 28810287 | 416.89 | | | | | |
| | | | | | | | Total | $871.82 |

 **KeyNotes**

KeyBank
P.O. Box 93885
Cleveland, OH  44101-5885

*Key Express Checking Statement*

*May 16, 2017*

31       T 0474 0000 R 52 AO
MICHAEL B SARACENO JR
DEBTOR IN POSSESSION
4507 SCHEIDYS RD
COPLAY PA 18037-2426

*Questions about your account?*
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*
*KeyBank National Association*
*P.O. Box 94825*
*Cleveland, Ohio  44101*

---

*Get less mail and enroll in Online Statements today!*

---



## Key Express Checking

**Account number:  7806214453**

Account title:  *MICHAEL B SARACENO JR*
*DEBTOR IN POSSESSION*

| | |
|---|---:|
| Balance on Apr 18, 2017 | $8,652.37 |
| Additions | |
|   Deposits | 9,352.88 |
| Deductions | |
|   Withdrawals | 9,784.91 |
|   Checks paid | 877.80 |
| Balance on  May 16, 2017 | $7,342.54 |

## Deposits

| Date | Description | Amount |
|---|---|---:|
| 4-20 | Deposit   Branch 0474 Pennsylvania | $2,065.18 |
| 4-21 | Deposit   Branch 0474 Pennsylvania | 56.00 |
| 4-26 | Internet Trf Fr DDA 0000007803877955      3290 | 500.00 |
| 5-8 | Deposit   Branch 0474 Pennsylvania | 3,030.00 |
| 5-10 | Direct Deposit,   Ssa  Treas 310  Xxsoc Sec | 1,851.70 |
| 5-12 | Deposit   Branch 0474 Pennsylvania | 1,850.00 |
| Total | | $9,352.88 |

*Key Express Checking Statement*

*May 16, 2017*

## Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 4-20 | E-Check# 0000000290 Chase Credit Crd Chkpaymt | $85.15 |
| 4-21 | Withdrawal Branch 0474 Pennsylvania | 9,246.45 |
| 4-25 | Bill Pay:Pennsylvania Power 758200 Pbv97Nog | 36.23 |
| 4-25 | Bill Pay:Pennsylvania Power 249601 6B797Nog | 120.26 |
| 4-25 | Bill Pay:Pennsylvania Power 906956 9B397Nog | 141.99 |
| 5-9 | Direct Withdrawal, Aetna Life Insurins Pymt | 154.83 |
| Total | | $9,784.91 |

## Checks paid     *Indicates a break in numeric sequence*

| Number | Date | Trace ID | Amount | | Number | Date | Trace ID | Amount |
|--------|------|----------|--------|---|--------|------|----------|--------|
| 287 | 4-25 | 28813977 | $175.72 | | * 292 | 4-24 | 61011686 | 18.66 |
| 288 | 4-24 | 28549618 | 26.82 | | 293 | 4-25 | 65703792 | 416.89 |
| 289 | 4-21 | 65117628 | 166.75 | | 294 | 4-21 | 65188623 | 72.96 |
| | | | | | Total | | | $877.80 |

 KeyNotes

166.93
1044.70