

**Wells Fargo Bank N.A.**
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 503280001

July 6, 2017

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Re:  Debtor(s):  MICHAEL B. SARACENO, JR.
     Bky. No.:   1318784
     Acct Number ending in: 9892
     Collateral: 4500 SCHIEDYS ROAD COPLAY, PA 18037

Dear United States Trustee:

This letter is regarding Chapter 11 Case #1318784 for MICHAEL B. SARACENO, JR. I have evaluated the aforementioned account. Upon review of our records, it has been determined the lien has been dissolved in the foreclosure sale. Consequently, your office may consider this proof of claim #6 for Wells Fargo Bank, N.A. effectively withdrawn.

If you have any additional questions or if I can be of further assistance please contact me at 1-877-891-0002. If I am unavailable, any Bankruptcy Unit Representative will be able to assist you. Please note our hours of operation are Monday through Friday 7:00 a.m. to 8:00 p.m. Central Standard Time. For TDD assistance, call 1-866-289-2069.

Sincerely,


/s/Joseph Smith
Bankruptcy Representative
Wells Fargo Bank, N.A.

HEQBK77.doc
Rev. 5/9/12