United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 13-18784-ref
Michael B. Saraceno, Jr.                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela          Page 1 of 2         Date Rcvd: Jul 27, 2017
                        Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
db          +Michael B. Saraceno, Jr.,    4507 Scheidys Road,    Coplay, PA 18037-2426
cr          +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   NATIONSTAR MORTGAGE, LLC.,     PO Box 630267,    Irving, TX   75063)
cr          +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 28 2017 01:49:57
              BAYVIEW LOAN SERVICING, LLC,    4425 Ponce deLeon Blvd. 5th floor,
              Coral Gables, FL 33146-1837
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.
               paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, INC Et al. paeb@fedphe.com
              ANTHONY  ST. JOSEPH    on behalf of Defendant    US Small Business Administration
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov
              CARLA A. K. JAROSZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. CarlaJ@w-legal.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              CHRISOVALANTE   FLIAKOS    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              DAVID  NEEREN    on behalf of Creditor    BANK OF AMERICA, N.A. dneeren@udren.com,
               vbarber@udren.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, Public Asset Management,
               Inc., Assignee of Allentown School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, N.A.,
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              MICHAEL J. MCCRYSTAL    on behalf of Plaintiff Michael B. Saraceno, Jr. mccrystallaw@gmail.com,
               sueparalegal@gmail.com

```
District/off: 0313-4          User: Angela              Page 2 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf900           Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael B. Saraceno, Jr. mccrystallaw@gmail.com, sueparalegal@gmail.com
        SHAWN M. LONG    on behalf of Creditor    Susquehanna Bank slong@barley.com, jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com;kcunneen@barley.com;tshober@barley.com
        SHERRI J. BRAUNSTEIN    on behalf of Creditor    BANK OF AMERICA, N.A. sbraunstein@udren.com, vbarber@udren.com
        THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                        TOTAL: 24

Case 13-18784-ref    Doc 195    Filed 07/29/17    Entered 07/30/17 01:07:41    Desc
Imaged Certificate of Notice    Page 2 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| MICHAEL B. SARACENO, JR., | : | BANKR. NO. 13-18784REF |
| | : | |
| Debtor. | : | |

**STIPULATION AND ORDER RESOLVING BOTH THE U. S. TRUSTEE'S
MOTION TO DISMSS OR CONVERT TO CHAPTER 7 AND
THE DEBTOR'S MOTION TO CLOSE CASE**

It is hereby stipulated, by and between Dave P. Adams, Esq., counsel for the United States trustee, and Michael J. McCrystal, Esq., counsel for the above Debtor as follows:

A. The Debtor commenced this case on October 7, 2013, by filing a voluntary petition under chapter 13 of the United States Bankruptcy Code.

B. On May 1, 2014, the Debtor's case was converted to chapter 11.

C. On December 17, 2015, an order was entered confirming the Debtor's Third Amended Chapter 11 Plan.

D. The Debtor filed an adversary complaint against the United States Small Business Administration (the "SBA") on September 28, 2016.

E. Concurrent with the filing of the above referenced complaint the Debtor filed a motion to close his case (Dkt. No. 160). The motion is still pending.

F. On December 30, 2016, the U. S. trustee filed a motion to dismiss or convert the Debtor's case to chapter 7, based on, *inter alia*, past due financial reports and

Page 1 of 3

delinquent statutory fees (Dkt. No. 170). The motion is still pending.

  G. On May 25, 2017, the Debtor's complaint against the SBA was settled, and with the exception of the above referenced motions of the U. S. trustee and the Debtor, there are no other matters pending before the Court.

  H. The Debtor acknowledges that the required financial reports for the months of March, May, and June, 2017 have not been filed, and the statutory fees for the second quarter of 2017 have not been paid. The Debtor further acknowledges that he will also owe statutory fees for the third quarter of 2017.

  I. The Debtor continues to desire to have his case closed until he is eligible for a discharge, and subject to the filing of the outstanding reports and payment of the fees referenced in paragraph 8 above, the U. S. trustee does not object to the case being closed.

  NOW THEREFORE, upon consideration of the above recitals, the parties stipulate as follows:

  1. On or before August 7, 2017, the Debtor shall file financial reports for the months of March, May, and June, 2017, and provide the U. S. trustee with the amount of disbursements, if any, made during July, 2017.

  2. On or before July 31, 2017, the Debtor shall pay the statutory fees for the second and third quarters of 2017.

  3. On or before August 7, 2017, the Debtor shall pay the outstanding costs for adversary 16-330, as set forth in the Certificate of Costs issued on June 9, 2017.

  4. Upon completion of the actions referenced in paragraphs 1, 2, and 3 above,

above, the Debtor shall file a certification of completion of same with the Court.

5.      Upon the filing of the above referenced certification of completion, the Clerk of the Bankruptcy Court may close this case.

| MICHAEL J. MCCRYSTAL, ESQ.<br>ATTORNEY AT LAW<br><br>_____<br>Michael J. McCrystal, Esq.<br>Counsel for Debtor<br>Dated: 7-25-17 | ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE<br><br>By: _____<br>Dave P. Adams, Esq.<br>Counsel for the U.S. trustee<br>Dated: 7/26/17 |
|---|---|

### ORDER

The provisions of the above Stipulation are approved and the parties are ORDERED to comply with their respective obligations thereunder.

IT IS FURTHER ORDERED that upon the filing of the certificate of completion referenced in paragraph 4 of the Stipulation, the Clerk of the Bankruptcy Court shall close this case.

Dated: 7/27/17

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge

Page 3 of 3