# UNITED STATES BANKRUPTCY COURT

In re **MICHAEL B SARACENO JR**                    Case No. **13-18784**
　　　　　*Debtor*

　　　　　　　　　　　　　　　　　　　　　　Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **JUNE**                              Date filed: **JULY 14, 2017**

Line of Business: **RENTALS**                NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Michael B Saraceno_
Original Signature of Responsible Party

**MICHAEL B SARACENO JR**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

|  | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ N/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☑ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 8530.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ _____

Cash on Hand at End of Month    $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ 0

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 13,220.00

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 8530.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 13,220.00

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $ -4690.00

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

LUGINA CALLOWAY 4000.00
EDDIE VASQUES 600.00    *(Exhibit E)*

TOTAL RECEIVABLES  $ 4600.00

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  _____ N/A
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 650.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 15650.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 10,550.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 10,600.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 0

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Key Express Checking Statement**

*June 16, 2017*

*Questions about your account?*
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*
*KeyBank National Association*
*P.O. Box 94825*
*Cleveland, Ohio 44101*

31    T 0474 0000 R 52 AO
MICHAEL B SARACENO JR
DEBTOR IN POSSESSION
4507 SCHEIDYS RD
COPLAY PA 18037-2426

*Get less mail and enroll in Online Statements today!*

## Key Express Checking                Account number: 7806214453

*Account title:* MICHAEL B SARACENO JR
             DEBTOR IN POSSESSION

| | |
|---|---:|
| Balance on May 16, 2017 | $7,342.54 |
| Additions | |
| Deposits | 11,173.82 |
| Deductions | |
| Withdrawals | 11,868.38 |
| Checks paid | 1,352.08 |
| Balance on Jun 16, 2017 | $5,295.90 |

## Deposits

| Date | Description | Amount |
|---|---|---:|
| 5-30 | Deposit   Branch 0474 Pennsylvania | $4,006.74 |
| 6-1 | Deposit   Branch 0474 Pennsylvania | 2,200.00 |
| 6-7 | Deposit   Branch 0474 Pennsylvania | 1,000.00 |
| 6-12 | Deposit   Branch 0474 Pennsylvania | 1,115.38 |
| 6-12 | Deposit   Branch 0474 Pennsylvania | 600.00 |
| 6-14 | Direct Deposit,   Ssa Treas 310  Xxsoc Sec | 1,851.70 |
| 6-16 | Deposit   Branch 0474 Pennsylvania | 400.00 |
| Total | | $11,173.82 |



Member FDIC    000007806214453-03290
Page 1 of 3        1302



*Key Express Checking Statement*

June 16, 2017

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 5-25 | E-Check# 0000000298 Chase Credit Crd Chkpaymt | $85.15 |
| 5-30 | Bill Pay:Pennsylvania Power 758200 Cbz9Qnts | 32.22 |
| 5-30 | Bill Pay:Lehigh County Auth 544777 Vb39Qnts | 123.57 |
| 5-30 | Bill Pay:Pennsylvania Power 249601 Ebv9Snts | 239.81 |
| 5-30 | Bill Pay:Lehigh County Auth 47432  Ybj9Tnts | 243.49 |
| 5-30 | Bill Pay:Lehigh County Auth 47434  Dbv9Tnts | 253.50 |
| 5-30 | Bill Pay:Ugi Utilities, Inc 514812 6By9Enqs | 265.05 |
| 5-30 | Bill Pay:Ugi Utilities, Inc 514812 1B194Nqs | 382.38 |
| 5-30 | Bill Pay:Pennsylvania Power 906956 Hbj9Snts | 455.49 |
| 6-1 | Withdrawal Branch 0474 Pennsylvania | 9,190.45 |
| 6-7 | Direct Withdrawal, Aetna Life Insurins Pymt | 154.83 |
| 6-8 | Bill Pay:Lehigh County Auth 45316  Xb19Rv23 | 442.44 |
| Total | | $11,868.38 |

## Checks paid     *Indicates a break in numeric sequence*

| Number | Date | Trace ID | Amount | Number | Date | Trace ID | Amount |
|---|---|---|---|---|---|---|---|
| 295 | 5-22 | 28889716 | $650.00 | *299 | 5-26 | 65255621 | 416.89 |
| 296 | 5-24 | 28215878 | 26.82 | 300 | 5-30 | 28933151 | 72.96 |
| 297 | 5-24 | 61074567 | 166.75 | 301 | 5-25 | 65002310 | 18.66 |
| | | | | | | Total | $1,352.08 |



KeyNotes