B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re MICHAEL B. SARACENO JR,
      *Debtor*

Case No. 13-18784

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: SEPT. 2017       Date filed: 12-8-17

Line of Business: RENTALS       NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Michael Saraceno
Original Signature of Responsible Party

MICHAEL B. SARACENO JR.
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ n/a |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☒ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐  ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $ 14,486.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ _____

Cash on Hand at End of Month    $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ —

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $ 12,945.00

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 14,486.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 12,945.00

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $ 1541.00

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Key Express Checking Statement**

September 19, 2017

```
31          T 0474 0000 R 52 AO
MICHAEL B SARACENO JR
DEBTOR IN POSSESSION
4507 SCHEIDYS RD
COPLAY PA 18037-2426
```

Questions about your account?
1-800-KEY2YOU (1-800-539-2968)

Or, write us:
KeyBank National Association
P.O. Box 94825
Cleveland, Ohio 44101

*Get less mail and enroll in Online Statements today!*

## Key Express Checking                              Account number: 7806214453

Account title: MICHAEL B SARACENO JR
              DEBTOR IN POSSESSION

| | |
|---|---:|
| Balance on Aug 16, 2017 | $8,179.69 |
| Additions | |
|    Deposits | 14,486.62 |
| Deductions | |
|    Withdrawals | 11,029.57 |
|    Checks paid | 1,916.51 |
| Balance on Sep 19, 2017 | $9,720.23 |

## Deposits

| Date | Description | Amount |
|---|---|---:|
| 8-17 | Deposit   Branch 0474 Pennsylvania | $1,400.00 |
| 8-21 | Deposit   Branch 0474 Pennsylvania | 878.50 |
| 8-22 | Deposit   Branch 0474 Pennsylvania | 700.00 |
| 8-24 | Deposit   Branch 0474 Pennsylvania | 980.46 |
| 8-31 | Deposit   Branch 0474 Pennsylvania | 600.00 |
| 9-1 | Deposit   Branch 0474 Pennsylvania | 725.00 |
| 9-5 | Deposit   Branch 0474 Pennsylvania | 2,356.00 |
| 9-7 | Deposit   Branch 0474 Pennsylvania | 2,000.00 |
| 9-11 | Deposit   Branch 0474 Pennsylvania | 1,300.00 |
| 9-12 | Deposit   Branch 0474 Pennsylvania | 253.82 |
| 9-13 | Direct Deposit,   Ssa Treas 310  Xxsoc Sec | 1,851.70 |
| 9-18 | Deposit   Branch 0474 Pennsylvania | 747.01 |
| 9-19 | Deposit   Branch 0474 Pennsylvania | 694.13 |
| Total | | $14,486.62 |



LENDER    Member FDIC    000007806214453-03290
Page 1 of 3                3347

*Key Express Checking*
*Statement*

*September 19, 2017*

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 8-21 | Bill Pay:Pennsylvania Power 758200 Ub594O1Z | $85.72 |
| 9-1 | Withdrawal Branch 0474 Pennsylvania | 9,190.45 |
| 9-7 | Direct Withdrawal, Aetna Life Insurins Pymt | 154.83 |
| 9-19 | Withdrawal Branch 0474 Pennsylvania | 1,307.15 |
| 9-19 | Bill Pay:Pennsylvania Power 758200 Cbu9Ru3C | 29.54 |
| 9-19 | Bill Pay:Ugi Utilities, Inc 514812 4B591U3C | 34.10 |
| 9-19 | Bill Pay:Pennsylvania Power 249601 8Bi9Ru3C | 99.84 |
| 9-19 | Bill Pay:Pennsylvania Power 906956 Ubt91U3C | 127.94 |
| Total | | $11,029.57 |

## Checks paid     *Indicates a break in numeric sequence*

| Number | Date | Trace ID | Amount | Number | Date | Trace ID | Amount |
|---|---|---|---|---|---|---|---|
| 322 | 8-31 | 61115712 | $72.96 | 326 | 8-30 | 65703089 | 416.89 |
| 323 | 8-29 | 65551421 | 166.75 | 327 | 8-25 | 65149176 | 692.35 |
| 324 | 8-28 | 28036670 | 85.15 | 328 | 8-28 | 65312986 | 297.00 |
| 325 | 8-30 | 61880731 | 18.66 | *330 | 9-19 | 28063073 | 166.75 |
| | | | | Total | | | $1,916.51 |

## Aggregate Overdraft and Returned Item Fees

| | Total for this period | Total Year-to-Date This Year | Total Year-to-Date Prior Year |
|---|---|---|---|
| Total Returned Item Fees | $0.00 | $34.00 | $0.00 |

 KeyNotes

