Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| Michael B. Saraceno, Jr. | CASE NO. 13-18784 |
|---|---|
| Debtor. | Chapter ~~#~~ 11 |

### ~~AMENDED~~ ORDER TO ADMINSTRATIVELY CLOSE INDIVIDUAL CHAPTER 11 CASE

AND NOW, this __25__ day of January 2018, upon the Debtor's Motion to Administratively Close Individual Chapter 11 Case and after notice and opportunity to be heard, it is ORDERED:

1. The above captioned case is administratively closed.

2. Upon consummation of all plan payments, the Debtor may move to reopen the case and to obtain a discharge and the entry of a final decree.

BY THE COURT:

_[signature]_
USBJ