UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  Chapter 11

Michael B. Saraceno, Jr.                                Bky. No. 13-18784
          Debtor

# NOTICE OF ADMINISTRATIVE CLOSING

To All Creditors and Parties in Interest:

On January 25, 2018, the court determined that the above chapter 11 case was fully administered except for the entry of the Debtor's chapter 11 discharge and entered an order, administratively closing the above individual chapter 11 bankruptcy case.

The administrative closure is for purposes of 28 U.S.C. §1930(a)(6) only, and is not a plenary closure of the case under 11 U.S.C. §350(a) and Fed. R. Bankr. P. 3022.

Date: January 25, 2018                    For the Court


                                          Timothy B. McGrath
                                          Clerk of Court