United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael B. Saraceno, Jr.
    Debtor

Case No. 13-18784-ref
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 2    Date Rcvd: Jan 25, 2018
                         Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
```
db             +Michael B. Saraceno, Jr.,    4507 Scheidys Road,    Coplay, PA 18037-2426
cr             +Allentown School District, Public Asset Management,     c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr             +Linda Mitten,   Commonwealth of Pennsylvania,    Department of Labor and Industry,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0700
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE, LLC.,     PO Box 630267,    Irving, TX   75063)
cr              Susquehanna Bank,    Barley Snyder LLP,    c/o Shawn M. Long,    50 North Fifth Street,
                 P.O. Box 942,    Reading, PA  19603-0942
cr             +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
cr             +Wilmington Trust, National Association,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 26 2018 01:49:27
                BAYVIEW LOAN SERVICING, LLC,    4425 Ponce deLeon Blvd. 5th floor,
                Coral Gables, FL 33146-1837
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.
               paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, INC Et al. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              ANTHONY ST. JOSEPH    on behalf of Defendant    US Small Business Administration
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov
              CARLA A. K. JAROSZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. CarlaJ@w-legal.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              DAVID  NEEREN    on behalf of Creditor    BANK OF AMERICA, N.A. dneeren@udren.com,
               vbarber@udren.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, Public Asset Management,
               Inc., Assignee of Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: pdf900         Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   JP MORGAN CHASE BANK, N.A., bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTHEW GREGORY BRUSHWOOD   on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
        MICHAEL J. MCCRYSTAL   on behalf of Plaintiff Michael B. Saraceno, Jr. mccrystallaw@gmail.com, sueparalegal@gmail.com
        MICHAEL J. MCCRYSTAL   on behalf of Debtor Michael B. Saraceno, Jr. mccrystallaw@gmail.com, sueparalegal@gmail.com
        SHAWN M. LONG   on behalf of Creditor   Susquehanna Bank slong@barley.com, jrachor@barley.com;cbrelje@barley.com;cnatarian@barley.com;tshober@barley.com
        SHERRI J. BRAUNSTEIN   on behalf of Creditor   BANK OF AMERICA, N.A. sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
        THOMAS I. PULEO   on behalf of Creditor   JP MORGAN CHASE BANK, N.A., tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 24

Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| Michael B. Saraceno, Jr.<br><br>Debtor. | CASE NO. 13-18784<br><br>Chapter 11 |

### AMENDED ORDER TO ADMINSTRATIVELY CLOSE INDIVIDUAL CHAPTER 11 CASE

AND NOW, this __25__ day of January 2018, upon the Debtor's Motion to Administratively Close Individual Chapter 11 Case and after notice and opportunity to be heard, it is ORDERED:

1. The above captioned case is administratively closed.

2. Upon consummation of all plan payments, the Debtor may move to reopen the case and to obtain a discharge and the entry of a final decree.

BY THE COURT:

_____
USBJ