**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Michael B. Saraceno, Jr.,** | : | **CHAPTER 11** |
| **Debtor,** | : | **BANKRUPTCY NO: 13-18784-REF** |

## ORDER

**AND NOW,** upon administrative closing of the case, and the case being closed for statistical purposes in error, it is hereby **ORDERED** and **DECREED** that the Debtor's bankruptcy case is re-opened.

**Date: September 9, 2018**

BY THE COURT

_____
**RICHARD E. FEHLING**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**