United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-18784-ref
Michael B. Saraceno, Jr.                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 3                 Date Rcvd: Sep 10, 2018
                            Form ID: pdf900         Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
```
db          +Michael B. Saraceno, Jr.,    4507 Scheidys Road,    Coplay, PA 18037-2426
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr          +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
              651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
cr         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: NATIONSTAR MORTGAGE, LLC.,    PO Box 630267,    Irving, TX   75063)
cr           Susquehanna Bank,    Barley Snyder LLP,    c/o Shawn M. Long,    50 North Fifth Street,
              P.O. Box 942,    Reading, PA  19603-0942
cr          +Wilmington Trust, National Association,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
              Dallas, TX 75261-9096
13192716    +ALTAIR OH XIII, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13316278    +Allentown School District, Public Asset Management,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
13163877    +BAC Home Loans,    450 American Street #SV416,    Simi Valley, CA 93065-6285
13163878   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX  79998)
13163880    +BArclays Bank Of Delawre,    PO Box 8803,    Wilmington, DE 19899-8803
13270915    +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
14192000    +Bayview Loan Servicing, LLC,    Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,
              King of Prussia, PA 19406-4702
13651182    +Branch Banking and Trust Company,,    successor in interest to,    Susquehanna Bank,
              50 N. 5th St., PO Box 942,    Reading, PA 19603-0942
13163882    +CH Hospital Of Allentown,    1503 N. Cedar Crest Blvd,    Allentown, PA 18104-2310
13163883    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13163884    +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13163885    +Citi,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13163886    +City Of Allentown,    C/O Portnoff Law Associates,    POB 351,    Norristown, PA 19404-0351
13237372    +City of Allentown,    435 W. Hamilton St., Room 217,    Allentown, PA 18101-1603
13163887    +Commonwealth Of Pennsylvania,    Bureau Of Individual Taxes,    PO Box 280432,
              Harrisburg, PA 17128-0432
13163889    +Court Of Common Pleas For Lehigh County,    Case No 2011-N-0846,    455 W. Hamilton Street,
              Allentown, PA 18101-1602
13163891    +Home  Depot Credit Services,    Attn.: Bankruptcy Department,    PO Box 790328,
              St. Louis, MO 63179-0328
13273447    +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13279281    +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
              700 Kansas Lane,    Monroe, LA 71203-4774
13502704    +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
              Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13194796    +Nationstar Mortgage, LLC,    C/O: Weinstein, Pinson & Riley, PS,    2001 Western Ave, Suite 400,
              Seattle, WA 98121-3132
13163894    +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
13163895    +Sacred Hospital,    Attn.: Cashier,    421 Chew Street,    Allentown, PA 18102-3490
13163897    +Sprint,    5959 Corporate Drive, STE 1400,    Houston, TX 77036-2311
13221929     Susquehanna Bank Successor to,    Susquehanna Patriot Bank,
              c/o Shawn M. Long, Esq., Barley Snyder L,    50 North 5th St., P.O. Box 942,
              Reading, PA 19603-0942
13221927     Susquehanna Bank Successor to Patriot Bank,    c/o Shawn M. Long, Esq.,    Barley Snyder LLP,
              50 North 5th St., P.O. Box 942,    Reading, PA 19603-0942
13163899    +Vericrest,    PO Box 24610,    Oklahoma City, OK 73124-0610
13207060     WELLS FARGO BANK N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
13163900    +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
13498846    +Wilmington Trust, National Association et al.,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
              Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: cio.bncmail@irs.gov Sep 11 2018 02:13:09     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA  19101-7346
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 11 2018 02:13:16
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 11 2018 02:13:29     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2018 02:13:30
              Bayview Loan Servicing, LLC,    4425 Ponce deLeon Blvd. 5th floor,
              Coral Gables, FL 33146-1837
```

```
District/off: 0313-4           User: Lisa                  Page 2 of 3                   Date Rcvd: Sep 10, 2018
                               Form ID: pdf900             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13916188       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2018 02:13:30
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13163881        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 02:12:28      Capital One,
                 P.O. Box 85520,    Richmond, VA 23285
13247862       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 11 2018 02:13:42      Caliber Home Loans, INC.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
13568388       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 11 2018 02:13:41
                 Commonwealth of Pennsylvania,    Office of Unemployment Comp. Tax Service,
                 Attn: Linda Mitten,    651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13163890        E-mail/Text: mrdiscen@discover.com Sep 11 2018 02:13:08      Discover,   P.O. Box 30943,
                 Salt Lake City, UT 84130
13567758       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 11 2018 02:13:41
                 Department of Labor and Industry UCTS,    Commonwealth of PA,    Attn: Linda Mitten,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13171153        E-mail/Text: mrdiscen@discover.com Sep 11 2018 02:13:08      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13190312        E-mail/Text: bankruptcy.bnc@ditech.com Sep 11 2018 02:13:11      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13190313       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 11 2018 02:13:11      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13163896        E-mail/PDF: cbp@onemainfinancial.com Sep 11 2018 02:11:42      Springleaf Financial Services,
                 1253 Airport Road,    Allentown, PA 18109
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Allentown School District, Public Asset Management,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
cr*            +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
13163879*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     P.O. Box 982238,    El Paso, TX 79998)
13651183*      +Branch Banking and Trust Company,,    successor in interest to,    Susquehanna Bank,
                 50 N. 5th St.,    P.O. Box 942,    Reading, PA 19603-0942
13651184*      +Branch Banking and Trust Company,,    successor in interest to,    Susquehanna Bank,
                 50 N. 5th St.,    P.O. Box 942,    Reading, PA 19603-0942
13163893*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NationStar Mortgage,     Attn.: Bankruptcy Dept,    350 Highland Drive,
                 Lewisville, TX 75067)
13163892*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX 75067)
13163888      ##+Convergent Outsourcing,    10750 Hammerly Blvd #200,    Houston, TX 77043-2317
13163898      ##+Susquehanna Bank,    Customer Service Center,    26 North Cedar Street,    Lititz, PA 17543-1514
                                                                                   TOTALS: 0, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Lisa              Page 3 of 3              Date Rcvd: Sep 10, 2018
                              Form ID: pdf900         Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:

```
              ALEXANDRA T. GARCIA    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.
               paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    Caliber Home Loans, INC Et al. paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              ANTHONY  ST. JOSEPH    on behalf of Defendant    US Small Business Administration
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              CARLA A. K. JAROSZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. CarlaJ@w-legal.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              DAVID  NEEREN    on behalf of Creditor    BANK OF AMERICA, N.A. dneeren@udren.com,
               vbarber@udren.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, Public Asset Management,
               Inc., Assignee of Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, N.A.,
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Defendant    Bayview Loan Servicing LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              MICHAEL J. MCCRYSTAL    on behalf of Plaintiff Michael B. Saraceno, Jr. mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael B. Saraceno, Jr. mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              SHAWN M. LONG    on behalf of Creditor    Susquehanna Bank slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
              SHERRI J. Smith    on behalf of Creditor    BANK OF AMERICA, N.A.
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 26
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| Michael B. Saraceno, Jr., | : | CHAPTER 11 |
| Debtor, | : | BANKRUPTCY NO: 13-18784-REF |

## ORDER

**AND NOW,** upon administrative closing of the case, and the case being closed for statistical purposes in error, it is hereby **ORDERED** and **DECREED** that the Debtor's bankruptcy case is re-opened.

BY THE COURT

**Date: September 9, 2018**

_____
**RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE**