Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

---

Michael B. Saraceno, Jr.

        Debtor.

CASE NO. 13-18784

Chapter 7

---


### *NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE*

    Michael J. McCrystal, Attorney for the Movant, has filed a Motion to Adminstratively Close Chapter 11 Case.

    *Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)*


1.    If you do not want the Court to grant the relief sought in this motion or if you want the Court to consider your views on this Motion, then on or before June 7, 2019, you or your attorney must do ***all*** of the following

    (A)    file an answer explaining your position at:

        Clerk, United States Bankruptcy Court for
        The Eastern District of Pennsylvania
        400 Washington Street, Third Floor
        The Madison Building
        Reading, PA 19601


If you mail your answer to the Clerk's Office for filing, you must mail early enough so that it will be received on or before the date stated above

(B)     Mail a copy to the Movant's Attorney:

Michael J. McCrystal, Esquire
151 Main Street, STE A
Emmaus, PA 18049
(610) 262-7873
(610) 262-2219 (facsimile)

(C)     Mail a copy to :

Office of the United States Trustee        Scott Waterman, Esquire
833 Chestnut Street                         2901 St. Lawrence Avenue
Suite 500                                  PO Box 4010
Philadelphia, PA 19107                     Reading, PA 19606-4010

2.      If you or your attorney do not take the steps described in 1(A) and 1(B) above and
        attend the hearing, the Court may enter an Order granting the relief requested in
        the Motion.

3.      A hearing on the Motion is scheduled before the Honorable Richard E. Fehling on
        June 13, 2019 at 9:30 AM in Courtroom number 1, United States Bankruptcy
        Court for the Eastern District of Pennsylvania, 400 Washington Street, The
        Madison Building, Reading, PA 19606-4010

4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to
        you, if you request a copy from the attorney named in paragraph 1(B).

5.      You may contact the Bankruptcy Court Clerk's Office at 610 208-5040 to find out
        whether the hearing has been cancelled because no one filed an answer.

                        Respectfully submitted,

                        /s/ Michael J. McCrystal
                        Michael J. McCrystal, Esquire