# UNITED STATES BANKRUPTCY COURT

In re **MICHAEL B JARACENO JR**
      *Debtor*

Case No. **13-18784**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **MARCH 2019**
Line of Business: **RENTALS**

Date filed: _____
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

**MICHAEL B JARACENO Jr.**
Printed Name of Responsible Party

| # | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ n/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | Yes | No |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☒ | ☐ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 8,340.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ —

Cash on Hand at End of Month  $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL  $ 8,340.00

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 1706.00

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 8,340.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 1706.00

*(Subtract Line C from Line B)*  CASH PROFIT FOR THE MONTH  $ 6,634.00

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE *THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

EDDIE VALASQUES 1725
LUGINA CALLOWAY  1250

TOTAL RECEIVABLES $ 2975.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   0
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 13,650.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 12,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 11,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 1,000.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

KeyBank
P.O. Box 93885
Cleveland, OH  44101-5885

**Key Express Checking Statement**

March 18, 2019

31    T  0474 0000 R 52 AO
MICHAEL B SARACENO JR
DEBTOR IN POSSESSION
4507 SCHEIDYS RD
COPLAY PA 18037-2426

*Questions about your account?*
1-800-KEY2YOU (1-800-539-2968)

*Or, write us:*
KeyBank National Association
P.O. Box 94825
Cleveland, Ohio   44101

*Get less mail and enroll in Online Statements today!*



## Key Express Checking

Account number:  7806214453

Account title:  MICHAEL B SARACENO JR
DEBTOR IN POSSESSION

| | |
|---|---:|
| Balance on Feb 19, 2019 | $2,537.53 |
| Additions | |
|   Deposits | 8,340.36 |
| Deductions | |
|   Withdrawals | 1,680.24 |
|   Checks paid | 26.82 |
| Balance on  Mar 18, 2019 | $9,170.83 |



## KeyNotes

*Your taxes don't have to be so taxing.*

*KeyBank will cover the cost for clients to prepare and file their taxes with TaxAct® this year. Contact 1-800-KEY2YOU® (1-800-539-2968), visit your local branch or go to key.com/taxact for more details.*

*TaxAct® name and logo are registered trademarks of TaxAct, Inc. and are used here with permission. KeyBank and its affiliates do not provide legal or tax advice. Taxpayers should seek advice based upon their own particular circumstances from an independent tax advisor. Key.com is a federally registered service mark of KeyCorp. ©2019 KeyCorp. KeyBank is Member FDIC.*

*Key Express Checking*
Statement

March 18, 2019

## Deposits

| Date | Description | Amount |
|---|---|---|
| 2-28 | Deposit   Branch 0474 Pennsylvania | $1,625.00 |
| 3-7 | Deposit   Branch 0474 Pennsylvania | 950.00 |
| 3-13 | Direct Deposit,  Ssa  Treas 310  Xxsoc Sec | 1,926.60 |
| 3-14 | Direct Deposit,  Aha          Hap Pmt | 480.00 |
| 3-18 | Deposit   Branch 0474 Pennsylvania | 3,358.76 |
| Total | | $8,340.36 |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 2-20 | E-Chk#000000458 Sba Dnvr Fin Ctr Denv,CO Purch | $166.75 |
| 2-21 | Direct Withdrawal, Amex Epayment   ACH Pmt | 175.00 |
| 2-28 | Internet Trf To DDA 0000007803877955     3290 | 300.00 |
| 3-7 | Direct Withdrawal, Aetna Life Insurins Pymt | 162.83 |
| 3-11 | Bill Pay:Pennsylvania Power 906956 Xbpcwrm6 | 120.93 |
| 3-11 | Bill Pay:Pennsylvania Power 249601 Hb8Cnrm6 | 173.74 |
| 3-11 | Bill Pay:Ugi Utilities, Inc 514812 Fbhcvrm6 | 259.93 |
| 3-11 | Bill Pay:Ugi Utilities, Inc 514812 8Bacvrm6 | 321.06 |
| Total | | $1,680.24 |

## Checks paid

*Indicates a break in numeric sequence*

| Number | Date | Trace ID | Amount |
|---|---|---|---|
| 457 | 2-21 | 65534745 | $26.82 |
| Total | | | $26.82 |

1706.00


Member FDIC    000007806214453-03290
Page 2 of 3                        14950