| | | |
|---|---|---|
| IN RE:  Michael B. Saraceno, Jr. | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE No. 13-18784 |

## CERTIFICATE OF NON-RESPONSE

I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Administratively Close Case. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 14, 2019.

It is hereby respectfully requested that the Order attached to the Motion to Adminstratively Close Case be entered at the earliest convenience.

Dated: June 17, 2019

Respectfully submitted,
/S/Michael J. McCrystal
_____
Michael J. McCrystal, Esquire
151 Main Street, STE A
Emmaus, PA 18049
(610) 262-7873
Attorney for the Debtor