Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| Michael B. Saraceno, Jr.<br><br>    Debtor. | CASE NO. 13-18784<br><br>Chapter ~~XX~~ 11 |

### ORDER TO ADMINSTRATIVELY CLOSE
### INDIVIDUAL CHAPTER 11 CASE

AND NOW, this __19th__ day of xxx 2019 upon the Debtor's Motion to Administratively Close Individual Chapter 11 Case and after notice and opportunity to be heard, it is ORDERED:

1. The above captioned case is administratively closed.

2. Upon consummation of all plan payments, the Debtor may move to reopen the case and to obtain a discharge and the entry of a final decree.

BY THE COURT:

_/s/ Jean K. FitzSimon_

Dated: June 18, 2019

_____
USBJ
Jean K. FitzSimon