United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 13-18784-pmm |
| Michael B. Saraceno, Jr. | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: ChrissyW | Page 1 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 13916188 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 23 2020 02:37:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor JP MORGAN CHASE BANK  N.A., ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALEXANDRA T. GARCIA | on behalf of Creditor JPMorgan Chase Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW L. SPIVACK | on behalf of Creditor GREEN TREE SERVICING LLC  AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC. paeb@fedphe.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Caliber Home Loans  INC Et al. paeb@fedphe.com, wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: ChrissyW | Page 2 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Caliber Home Loans Inc. paeb@fedphe.com, wbecf@brockandscott.com |
| ANTHONY ST. JOSEPH | on behalf of Defendant US Small Business Administration anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CARLA A. K. JAROSZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC. CarlaJ@w-legal.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor JPMorgan Chase Bank National Association ecfmail@mwc-law.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Caliber Home Loans Inc. paeb@fedphe.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID NEEREN | on behalf of Creditor Bank of America N.A. dneeren@udren.com, vbarber@udren.com |
| DAVID A DEFLECE | on behalf of Defendant Bayview Loan Servicing LLC ddeflece@blankrome.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Allentown School District Public Asset Management, Inc., Assignee of Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Caliber Home Loans Inc. paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor JP MORGAN CHASE BANK N.A., Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Defendant Bayview Loan Servicing LLC pa-bk@logs.com |
| KEVIN S. FRANKEL | on behalf of Creditor Bayview Loan Servicing LLC pa-bk@logs.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Bank of America N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW GREGORY BRUSHWOOD | on behalf of Creditor Green Tree Servicing LLC paeb@fedphe.com jrachor@barley.com;cbrelje@barley.com;tshober@barley.com |
| MICHAEL J. MCCRYSTAL | on behalf of Plaintiff Michael B. Saraceno Jr. mccrystallaw@gmail.com, sueparalegal@gmail.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Michael B. Saraceno Jr. mccrystallaw@gmail.com, sueparalegal@gmail.com |
| SHAWN M. LONG | on behalf of Creditor Susquehanna Bank slong@barley.com jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com |
| SHERRI J. SMITH | on behalf of Creditor Bank of America N.A. sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com |
| THOMAS I. PULEO | on behalf of Creditor JP MORGAN CHASE BANK N.A., tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 28

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-18784-pmm
Chapter 11

In re: Debtor(s) (including Name and Address)

Michael B. Saraceno, Jr.
4507 Scheidys Road
Coplay PA 18037

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/21/2020.

Name and Address of Alleged Transferor(s):

Claim No. 15: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146

Name and Address of Transferee:

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/24/20

Tim McGrath
**CLERK OF THE COURT**